USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

170 Mercer LLC,

          Plaintiff,

–v–

Rialto Capital Advisors, LLC, *et al.*,

          Defendants.

20-CV-2496 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On March 30, 2020, Defendants filed a motion to dismiss. Dkt. No. 7. Pursuant to Rule 3.F of this Court's Individual Practices in Civil Cases, on or before April 9, 2020, Plaintiff must notify the Court and its adversary in writing whether (1) Plaintiff intends to file an amended pleading and when it will do so or (2) Plaintiff will rely on the pleading being attacked. Plaintiff is on notice that declining to amend Plaintiff's pleadings to timely respond to a fully briefed argument in Defendants' motion to dismiss may well constitute a waiver of the Plaintiff's right to use the amendment process to cure any defects that have been made apparent by the Defendants' briefing. *See Loreley Fin. (Jersey) No. 3 Ltd. v. Wells Fargo Sec., LLC.*, 797 F.3d 160 (2d Cir. 2015) (leaving "unaltered the grounds on which denial of leave to amend has long been held proper, such as undue delay, bad faith, dilatory motive, and futility").

    If Plaintiff chooses to amend, Defendants may then (a) file an answer; (b) file a new motion to dismiss; or (c) submit a letter stating that it relies on the initially-filed motion to dismiss.

    Nothing in this Order alters the time to amend, answer or move provided by the Federal Rules of Civil Procedure or Local Rules.

    Defendants are hereby ordered to serve a copy of this Order on Plaintiff and file proof of service on the docket.

    SO ORDERED.

Dated: March 31, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge