USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/30/2020

# CORDOVA & SCHWARTZMAN, LLP
### ATTORNEYS AT LAW
666 OLD COUNTRY ROAD
SUITE 700
GARDEN CITY, NEW YORK 11530
PHONE (516) 741-0070 • FACSIMILE (516) 741-4225

info@cordovaschwartzman.com

July 29, 2020

**VIA ECF**
Hon. Alison J. Nathan
United States District Court
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   **170 Mercer LLC V. Rialto Capital Advisors, LLC, et al.**
      **Civ. No. 20-2496 (AJN)**

Your Honor:

We are counsel to Plaintiff 170 Mercer LLC. Yesterday, we received an order from the Court advising that counsel should submit their proposed case management plan and a joint letter seven days prior to the pretrial conference presently scheduled on August 7, 2020. This would require, Jonathan Schwartzman, Esq., the attorney handling the matter, to submit the required documents by July 31, 2020. Unfortunately, Mr. Schwartzman is out of state and will not be returning until August 3, 2020.

Mr. Fialkow, counsel for the Defendant, was made aware of the situation via email and a subsequent conversation, wherein he assented to an adjournment of two weeks, should the Court find it convenient. Moreover, the parties are engaged in ongoing settlement discussions. Accordingly, as Mr. Schwartzman is out of state and will not be returning until August 3, 2020, and the parties are engaged in settlement discussions, we respectfully request a brief adjournment of the pretrial conference, until August 21, 2020, or a date that the Court finds convenient. Should the Court not grant the adjournment, we respectfully request that Mr. Schwartzman be allowed to file the required documents on August 4, 2020.

Very truly yours,

Debra L. Cordova
Cordova & Schwartzman, LLP

cc:  K&L Gates LLP, Via ECF

{8086616: }

---

SO ORDERED.   7/30/20

*Alison J. Nathan*
Alison J. Nathan, U.S.D.J.

Plaintiffs request is hereby GRANTED. The initial pre-trial conference currently scheduled for August 7, 2020 is hereby adjourned to August 21, 2020 at 3:30 p.m. The joint letter and proposed case management plan may be submitted on or before August 14, 2020. SO ORDERED.