UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
170 MERCER LLC,

                            Plaintiffs,

        -against-

RIALTO CAPITAL ADVISORS, LLC and WELLS
FARGO BANK NATIONAL ASSOCIATION,

                           Defendants,

------------------------------------------------------------x

20-cv-2496 (PKC)

ORDER

CASTEL, U.S.D.J.:

        The Court is aware that the parties have a scheduled settlement conference before the Magistrate Judge for April 21, 2022. Any stay of discovery heretofore in place is vacated. The two remaining fact depositions referenced in the October 7, 2021 letter shall be completed by May 13, 2022, which is the date for the close of fact discovery. If any party seeks to move for summary judgment, it shall file a pre-motion letter by May 27, 2022. All expert discovery shall be completed by August 19, 2022. The making of a summary judgment motion will not stay expert discovery. The next conference will be June 15, 2022 at 4pm in Courtroom 11D.

        SO ORDERED.

                                                  P. Kevin Castel
                                         United States District Judge

Dated: New York, New York
       April 4, 2022