# CORDOVA & SCHWARTZMAN, LLP
### 666 Old Country Road
### Suite 700
### Garden City, New York 11530
### (516)741-0070

#### Info@cordovaschwartzman.com

June 6, 2022

**VIA ECF**
Hon. P. Kevin Castel, District Judge
United States District Court
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Application Granted.
SO ORDERED
/s/ PKC USDJ
6-7-22

**Re:**   170 Mercer LLC V. Rialto Capital Advisors, LLC, et al.
         Civ. No. 20-2496 (PKC)

Your Honor:

We are counsel to Plaintiff 170 Mercer LLC. This matter was settled by agreement before the Honorable Robert W Lehrburger. By Order dated April 21, 2022, the Court directed that the settlement agreement be submitted within 45 days. We respectfully request a 15-day extension of the time to complete and submit the settlement agreement. A draft has of the settlement agreement been circulated and is being reviewed. Unfortunately, due to the last minute nature of this request, I have not consulted with Defendant's counsel as to the extension request, and Defendant's counsel is awaiting our response to their draft proposed settlement agreement.

Thank you for your continued courtesies.

Very truly yours,

Jonathan B. Schwartzman
Cordova & Schwartzman, LLP

cc:  K&L Gates LLP
     Via ECF

{8086616: }