**CORDOVA & SCHWARTZMAN, LLP**
666 Old Country Road
Suite 700
Garden City, New York 11530
(516)741-0070

Info@cordovaschwartzman.com

June 16, 2022

**VIA ECF**
Hon. P. Kevin Castel, District Judge
United States District Court
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.

6-15-22

      Re:    **170 Mercer LLC V. Rialto Capital Advisors, LLC, et al.**
             **Civ. No. 20-2496 (PKC)**

Your Honor:

      We are counsel to Plaintiff 170 Mercer LLC. This matter was settled by agreement on the record before the Honorable Robert W. Lehrburger. By Order dated April 21, 2022, the Court directed that the settlement agreement be submitted within 45 days. By letter motion dated June 6, 2022, Plaintiff requested a 15-day extension of the time to submit the fully executed settlement agreement, which motion was granted by Order dated June 8, 2022.

      Since that time, the parties have continued to work towards finalizing the settlement agreement, and Plaintiff provided its most recent comments on the draft agreement yesterday. However, it is clear that additional time is needed to have the settlement agreement finalized and executed by the parties. Unfortunately, due to illness (multiple cases of COVID), there were delays in finalizing the documents memorializing the agreement made on the record before Magistrate Lehrburger, but the parties are working diligently towards finalizing those documents.

      Accordingly, Plaintiff respectfully requests a thirty-day extension of the time to submit the settlement agreement, so as to avoid coming back to the Court a third time. We informed Defendant's counsel yesterday that we would ask for this extension. Defendant has neither consented nor objected to the extension.

{8086616: }

Thank you for your continued courtesies.

Very truly yours,

*/S/ Jonathan Schwartzman*

Jonathan B. Schwartzman
Cordova & Schwartzman, LLP

cc: K&L Gates LLP
    Via ECF

{8086616: }